# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Robert S Perry | ) | Chapter 13 |
| | ) | Case No. 11 B 46556 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Robert S Perry  
2511 S Desplaines Ave Unit 2  
North Riverside, IL  60546

Debtor Attorney: Sulaiman Law Group Ltd  
via Clerk's ECF noticing procedures

On February 01, 2016 at 9:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 613  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, January 21, 2016.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On November 17, 2011, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 24, 2012, for a term of 60 months with payments of $1,085.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 50 | $39,855.00 | $35,515.00 | $4,340.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/20/2016  
Due Each Month: $1,085.00  
Next Pymt Due: 02/17/2016

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/29/2014 | 17058408736 | $500.00 | 09/29/2014 | 17058408737 | $400.00 |
| 10/27/2014 | 9473316517 | $900.00 | 12/16/2014 | 9473308937 | $900.00 |
| 01/13/2015 | 9425406052 | $900.00 | 02/02/2015 | 17438381 | $700.00 |
| 02/02/2015 | 17438378 | $1,000.00 | 02/02/2015 | 17438373 | $1,000.00 |
| 07/01/2015 | 9425414518 | $1,085.00 | 08/20/2015 | 9425414859 | $1,085.00 |
| 10/09/2015 | 9037007374 | $1,085.00 | 11/19/2015 | 9425415305 | $1,085.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE